

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00849-CV

**WEBB COUNTY, TEXAS**,
Appellant

v.

Ricardo "Rick" Manuel **ROMO**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVI001385D4
Honorable Joel B. Johnson, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying appellant's plea to the jurisdiction as it pertains to appellee's constitutional claims for monetary damages and his contract claims is REVERSED IN PART, and judgment is rendered DISMISSING those claims with prejudice. The trial court's order is AFFIRMED IN PART as it pertains to appellee's request for the equitable remedy of reinstatement. The parties shall bear their respective costs of appeal.

SIGNED August 26, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

---

[1] The Honorable Joel B. Johnson, Senior Judge of the 156th District Court, presided by assignment.